UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

          Plaintiff,

v.

Beau Wesley Gensmer (1) and
Christopher Glenn Kennedy (2),

          Defendants.

Criminal No. 10-109 (DSD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defendant Gensmer's Motion to Suppress Evidence Obtained Through Search (Doc. No. 17) is **DENIED AS MOOT**.

2. Defendant Gensmer's Motion to Suppress Statements (Doc. No. 29) is **DENIED WITHOUT PREJUDICE**.

3. Defendant Gensmer's Motion to Dismiss on the Basis of Insufficiency (Doc. No. 36) is **DENIED**.

4. Defendant Kennedy's Motion to Suppress Evidence Obtained from Search and Seizure (Doc. No. 40) is **DENIED AS MOOT**.

5. Defendant Kennedy's Motion to Suppress Statements (Doc. No. 41) is **DENIED AS MOOT**.

6. Defendant Gensmer's Motion to Suppress Search and Seizure Evidence (Doc. No. 43) is **DENIED AS MOOT**.

7. Defendant Gensmer's Motion to Suppress Wiretaps, Oral Communications, and Electronic Eavesdropping (Doc. No. 51) is **DENIED AS MOOT**.


Dated: June 15, 2010

                                                s/David S. Doty
                                                DAVID S. DOTY
                                                United States District Judge